## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

SAIM SARWAR,                                      :
                                                  : Case No.: 1:20-cv-1447
          Plaintiff,                   :
v.                                                :
                                                  :
BAY MOTEL & FAMILY                                :
RESTAURANT INC,                                   :
                                                  :
          Defendant.                   :
_____                :

## NOTICE OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

    Plaintiff, by and through undersigned counsel, hereby notifies this Court pursuant to FRCP 41(a)(1)(A)(i) that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: November 14, 2020


*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022

ATTORNEYS FOR PLAINTIFF

1

**ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: November 14, 2020

_____
UNITED STATES DISTRICT JUDGE